RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RANDOLPH M. FIEDLER
Assistant Federal Public Defender
Nevada State Bar No. 12577
BENJAMIN H. MCGEE, III
Assistant Federal Public Defender
Mississippi State Bar No. 100877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Randolph_fiedler@fd.org

Attorney for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO LAVON DOYLE,<br><br>    Petitioner,<br><br>    v.<br><br>RENEE BAKER, *et al.*,<br><br>    Respondents.[1] | Case No. 3:00-cv-0101-RCJ-WGC<br><br>**MOTION TO VACATE STAY AND REOPEN CAPITAL HABEAS PROCEEDINGS**<br><br>(Death Penalty Habeas Corpus Case) |

Petitioner, Antonio Lavon Doyle, by and through counsel, hereby requests that this action, which was stayed and held in abeyance to allow counsel to litigate Mr. Doyle's state court petition for writ of habeas corpus, be returned to the active docket of this Court to allow Mr. Doyle the opportunity to litigate his claims of federal constitutional errors.

---

[1] Under Fed. R. Civ. P. 25(d), a public officer's "successor is automatically substituted as a party."

On December 18, 2009, this Court entered an order staying this action to allow Mr. Doyle to exhaust his state remedies as to unexhausted claims. ECF No. 230 at 6. The Nevada Supreme Court denied Mr. Doyle's petition for rehearing on December 2, 2015. Mr. Doyle's state proceedings concluded on May 6, 2016, when the Nevada Supreme Court issued remittitur. See Ex. 1.

DATED this 3rd day of June, 2016.

    Respectfully submitted,
    RENE L. VALLADARES
    Federal Public Defender

    */s/ Randolph M. Fiedler*
    RANDOLPH M. FIEDLER
    Assistant Federal Public Defender

# CERTIFICATE OF SERVICE

In accordance with the Rules of Civil Procedure, the undersigned hereby certifies that on this 3rd day of June, 2016, a true and correct copy of the foregoing **MOTION TO VACATE STAY AND REOPEN CAPITAL HABEAS PROCEEDINGS**, was filed electronically with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the master service list as follows:

Steven S. Owens
Deputy District Attorney
Clark County District Attorney's Office

Robert E. Weiland
Senior Deputy Attorney General
Bureau of Criminal Justice

                                    */s/ Felicia Darensbourg*
                                    An Employee of the
                                    Federal Public Defender,
                                    District of Nevada