# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTONIO LAVON DOYLE,

    Petitioner,                                              3:00-cv-00101-RCJ-WGC

vs.

                                               **ORDER**

TIMOTHY FILSON, *et al.*,

    Respondents.

_____/

      In this capital habeas corpus action, after a 30-day extension of time (ECF No. 260), the petitioner, Antonio Lavon Doyle, was due to file a second amended habeas petition, or notice that he will not file one, by September 28, 2016. *See* Order entered June 28, 2016 (ECF No. 258); Order entered August 30, 2016 (ECF No. 260).

      On September 28, 2016, Doyle filed a motion for extension of time (ECF No. 261), requesting a second 30-day extension of time, to October 28, 2016, for his second amended petition. Doyle's counsel states that the extension of time is necessary because of the complexity of this case, and because of his obligations in other cases. Respondents do not oppose the motion for extension of time. The court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that petitioner's motion for extension of time (ECF No. 261) is **GRANTED**. Petitioner shall have until and including **October 28, 2016**, to file a second amended petition, or notice that he will not file one.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings in this case shall be governed by the order entered June 28, 2016 (ECF No. 258).

DATED: This 18th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE