**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTONIO LAVON DOYLE,

    Petitioner,                                           3:00-cv-00101-RCJ-WGC

vs.

                                                         **ORDER**

TIMOTHY FILSON, *et al.*,

    Respondents.

_____/

In this capital habeas corpus action, the petitioner, Antonio Lavon Doyle, filed a second amended petition for writ of habeas corpus (ECF No. 265) on October 28, 2016. Respondents are due to respond to the second amended petition by December 30, 2016. *See* Order entered June 28, 2016 (ECF No. 258).

On October 28, 2016, Doyle also filed a motion to waive certain local rules for purposes of all further proceedings in this case (ECF No. 264). Doyle requests a waiver, for purposes of this action, of Local Rule IA 10-3(e) (cover sheets for exhibits must include descriptors of exhibits), and Local Rules 7-3(b) (page limits), and 7-3(c) (motions for leave to exceed page limits). The court finds that there is good cause for waiver of those rules for purposes of this capital habeas corpus action.

On December 22, 2016, respondents filed a motion for extension of time (ECF No. 269), requesting an extension to February 10, 2017 (a 42-day extension) of the time to respond to the

second amended petition. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases, and time away from her office. Doyle does not oppose the extension of time. The court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The court will grant the motion for extension of time.

**IT IS THEREFORE ORDERED** that petitioner's Motion to Partially Waive Local Rules (ECF No. 264) is **GRANTED**. Local Rule IA 10-3(e) (descriptors of exhibits on cover sheets), and Local Rules 7-3(b) (page limits), and 7-3(c) (motions for leave to exceed page limits) are waived in this action, for all parties.

**IT IS FURTHER ORDERED** that respondents' Motion for Enlargement of Time (ECF No. 269) is **GRANTED**. Respondents shall have until and including **February 10, 2017**, to respond to petitioner's second amended petition for writ of habeas corpus (ECF No. 265). In all other respects, the schedule for further proceedings set forth in the order entered June 28, 2016 (ECF No. 258) shall remain in effect.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of the Court shall update the docket in this case to reflect that Adam Paul Laxalt is substituted for Catherine Cortez Masto as the respondent Attorney General of the State of Nevada.

Dated this ___4th day of January, 2017._____.

_____
UNITED STATES DISTRICT JUDGE