# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTONIO LAVON DOYLE,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>Respondents. | Case No. 3:00-cv-00101-RCJ-WGC<br><br>ORDER |

On August 21, 2018, the respondents in this capital habeas corpus action filed a motion for an extension of time (ECF No. 302), requesting a 90-day extension of time, to November 19, 2018, for their answer. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. The petitioner does not oppose the motion for extension of time. The Court finds that the respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that respondents' Motion for Enlargement of Time (ECF No. 302) is **GRANTED**. Respondents will have until **November 19, 2018**, to file their answer.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered June 28, 2016 (ECF No. 258) will remain in effect.

DATED THIS 28th day of August, 2018.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE