UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTONIO LAVON DOYLE,<br><br>Petitioner,<br>v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>Respondents. | Case No. 3:00-cv-00101-RCJ-WGC<br><br>ORDER |

In this capital habeas corpus action, after the Court ruled on the respondents' motion to dismiss on May 23, 2018, and then after a 90-day extension of time, the respondents were due to file their answer on November 19, 2018. *See* Order entered May 23, 2018 (ECF No. 301); Order entered August 28, 2018 (ECF No. 303).

On November 19, 2018, the respondents filed a motion for an extension of time (ECF No. 304), requesting a second extension of time, this one 21 days, to extend the deadline for the answer to December 10, 2018. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases and because of time away from her office. The petitioner does not oppose the motion for extension of time. The Court finds that the respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 304) is **GRANTED**. Respondents will have until **December 10, 2018**, to file their answer.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered June 28, 2016 (ECF No. 258) will remain in effect.

DATED THIS 26th day of November, 2018.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE