UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTONIO LAVON DOYLE,

Petitioner,
v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 3:00-cv-00101-RCJ-WGC

**ORDER**

In this capital habeas corpus action, after the Court ruled on the respondents' motion to dismiss on May 23, 2018, and then after a 90-day extension of time and a 21-day extension, the respondents were due to file their answer on December 10, 2018. *See* Order entered May 23, 2018 (ECF No. 301); Order entered August 28, 2018 (ECF No. 303); Order entered November 26, 2018 (ECF No. 305).

On December 7, 2018, the respondents filed a motion for an extension of time (ECF No. 306), requesting a third extension of time, this one 7 days, to extend the deadline for the answer to December 17, 2018. Respondents' counsel states that the extension of time is necessary because of a personal event that will take her away from her office. The petitioner does not oppose the motion for extension of time. The Court finds that the respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 306) is **GRANTED**. Respondents will have until **December 17, 2018**, to file their answer.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered June 28, 2016 (ECF No. 258) will remain in effect.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of the Court shall substitute William Gittere for Timothy Filson, on the docket for this case, as the respondent warden.

DATED THIS 11th day of December, 2018.

ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE