UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO LAVON DOYLE,<br><br>    Petitioner,<br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:00-cv-00101-RCJ-WGC<br><br>**ORDER** |

In this capital habeas corpus action, after the Court ruled on the respondents' motion to dismiss on May 23, 2018, and then after a 90-day extension of time, a 21-day extension of time, and a 7-day extension of time, the respondents were due to file their answer on December 17, 2018. *See* Order entered May 23, 2018 (ECF No. 301); Order entered August 28, 2018 (ECF No. 303); Order entered November 26, 2018 (ECF No. 305); Order entered December 11, 2018 (ECF No. 307).

On December 17, 2018, the respondents filed a motion for an extension of time (ECF No. 308), requesting a fourth extension of time, this one a one-day extension, to extend the deadline for the answer to December 18, 2018. Respondents then filed their answer on December 18, 2018 (ECF No. 309). Respondents' counsel states that the extension of time was necessary because of personal health issues. The Court finds that the respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 308) is **GRANTED**. Respondents' answer, filed on December 18, 2018, will be treated as timely filed.

1

**IT IS FURTHER ORDERED** that, in view of the complexity of this action and the length of the respondents' answer, and to forestall the need for an extension of time, the Court will, *sua sponte*, extend by 45 days, to **March 18, 2019**, the due date for the petitioner's reply.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered June 28, 2016 (ECF No. 258) will remain in effect.

DATED THIS 20th day of December, 2018.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE