UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTONIO LAVON DOYLE,

    Petitioner,
    v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:00-cv-00101-RCJ-WGC

**ORDER**

In this capital habeas corpus action, the respondents filed their answer on December 18, 2018 (ECF No. 309). The petitioner, Antonio Lavon Doyle, was then due to file his reply on March 18, 2019. *See* Order entered December 20, 2019 (ECF No. 317).

On March 18, 2019, Doyle filed a motion for extension of time (ECF No. 318), requesting a 30-day extension of time for the reply, to April 17, 2019. Doyle's counsel states that the extension of time is necessary because of her obligations in other cases. Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 318) is **GRANTED**. Petitioner will have until and including **April 17, 2019**, to file a reply to Respondents' answer.

///

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered June 28, 2016 (ECF No. 258) will remain in effect.

DATED THIS 16th day of April, 2019.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE