UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO LAVON DOYLE,<br><br>    Petitioner,<br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:00-cv-00101-RCJ-WGC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

In this capital habeas corpus action, the respondents filed their answer on December 18, 2018 (ECF No. 309). The petitioner, Antonio Lavon Doyle, filed his reply to the answer on April 17, 2019 (ECF No. 322). Respondents' response to the reply is due May 17, 2019. *See* Order entered June 28, 2016 (ECF No. 258).

On April 17, Doyle also filed a motion for evidentiary hearing (ECF No. 323). Respondents' response to that motion is due on May 17, 2019, along with their response to Doyle's reply. *See id.* Doyle will then have 20 days to file a reply in support of that motion. *See id.*

On April 17, Doyle also filed a motion to reconsider (ECF No. 320), requesting reconsideration of the Court's order of May 23, 2018 (ECF No. 301). Respondents were due to respond to that motion by May 1, 2019. *See* LR 7-2(b).

On April 26, 2019, Respondents filed a motion for extension of time (ECF No. 324), requesting an extension of time, to May 17, 2019, to respond to the motion for reconsideration (ECF No. 320), and to respond to the motion for evidentiary hearing (ECF No. 323). The latter is unnecessary, as Respondents' response to the motion for evidentiary hearing is already due on May 17 under the scheduling order in effect in this case (ECF No. 258). Respondents' counsel states that the extension of time to respond

1

to the motion for reconsideration is necessary because of prearranged time away from her work. The petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the motion for extension of time. The Court will also, *sua sponte*, extend the time for Doyle to file a reply in support of the motion for reconsideration.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 324) is **GRANTED**. Respondents will have until and including **May 17, 2019**, to file their response to the petitioner's motion for reconsideration (ECF No. 320). Petitioner will then have 20 days to file a reply in support of that motion.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered June 28, 2016 (ECF No. 258) will remain in effect.

DATED THIS 26th day of April, 2019.

							  _____
							  ROBERT C. JONES,
							  UNITED STATES DISTRICT JUDGE