UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTONIO LAVON DOYLE,

    Petitioner,
     v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:00-cv-00101-RCJ-WGC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 332)**

In this habeas corpus action, the respondents were due on November 6, 2019, to file a response to Petitioner's Reply (ECF No. 322), and a response to Petitioner's Motion for Evidentiary Hearing (ECF No. 323). *See* Order entered October 7, 2019 (ECF No. 331).

On November 6, 2019, Respondents filed a motion for extension of time (ECF No. 332), requesting a 30-day extension of time, to December 6, 2019. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases and time away from her office. The petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 332) is **GRANTED**. Respondents will have until and including **December 6, 2019**, to file a response to Petitioner's Reply (ECF No. 322), and a response to Petitioner's Motion for Evidentiary Hearing (ECF No. 323).

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered June 28, 2016 (EF No. 258) will remain in effect.

DATED THIS 6th day of November, 2019.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE