# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTONIO LAVON DOYLE,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:00-cv-00101-RCJ-WGC

**ORDER**

    In this capital habeas corpus action, on October 22, 2020, the Court denied the petitioner, Antonio Lavon Doyle, habeas corpus relief, and judgment was entered accordingly (ECF Nos. 340, 341).

    On November 19, 2020, Doyle filed a Motion to Alter or Amend Judgment (ECF Nos. 342, 344). Respondents were due to respond to that motion by December 3, 2020. On December 1, 2020, Respondents filed a motion for extension of time (ECF No. 349), requesting a 47-day extension of time, to January 19, 2021. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases and because of delay caused by the COVID-19 pandemic. Doyle does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The motion for extension of time will be granted.

    On November 19, 2020, Doyle filed a Motion for Leave to File Under Seal (ECF No. 343), requesting leave of court to file his Motion to Alter or Amend Judgment, in unredacted form, under seal. Doyle filed the Motion to Alter or Amend Judgment in

redacted form (ECF No. 342), and he filed that motion in unredacted form under seal (ECF No. 344). While courts prefer that the public have access to judicial filings, *see Nixon v. Warner Communications Inc.*, 435 U.S. 589, 597 (1978), sealing a judicial record under seal may be warranted where a party demonstrates "compelling reasons" to prevent public access to it, *see Kamakana v. City & Cnty of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Doyle's Motion to Alter or Amend Judgment includes quotes from letters Doyle wrote to the Court, which letters were previously placed under seal (ECF Nos. 160, 179). The Court finds, therefore, that there is good cause for Doyle to file his unredacted Motion to Alter or Amend Judgment under seal, and the Court will grant his motion to do so.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 349) is **GRANTED**. Respondents will have until and including **January 19, 2021**, to respond to Petitioner's Motion to Alter or Amend Judgment (ECF Nos. 342, 344).

**IT IS FURTHER ORDERED** that Petitioner's Motion for Leave to File Under Seal (ECF No. 343) is **GRANTED**. Petitioner is granted leave of court to file his unredacted Motion to Alter or Amend Judgment under seal. As the unredacted Motion to Alter or Amend Judgment has already been filed under seal (ECF No. 344), no further action is necessary in this regard.

DATED THIS 1st day of December, 2020.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE