# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO LAVON DOYLE,<br>　　Petitioner,<br>　　v.<br>WILLIAM GITTERE, *et al.*,<br>　　Respondents. | Case No. 3:00-cv-00101-RCJ-WGC<br><br>**ORDER** |

In this capital habeas corpus action, on October 22, 2020, the Court denied the petitioner, Antonio Lavon Doyle, habeas corpus relief, and judgment was entered accordingly (ECF Nos. 340, 341). On November 19, 2020, Doyle filed a Motion to Alter or Amend Judgment (ECF Nos. 342, 344). After a 47-day extension of time, Respondents were due to respond to that motion by January 19, 2021. *See* Order entered December 1, 2020 (ECF No. 350). On January 19, 2021, Respondents filed a motion for extension of time (ECF No. 351), requesting a further 30-day extension of time, to February 18, 2021. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases, because of her administrative responsibilities, and because of delay caused by the COVID-19 pandemic. Doyle does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The motion for extension of time will be granted.

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 351) is **GRANTED**. Respondents will have until and including **February 18, 2021**, to respond to Petitioner's Motion to Alter or Amend Judgment (ECF Nos. 342, 344).

DATED THIS 26th day of January, 2021.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE