**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTONIO LAVON DOYLE,<br><br>　　Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　Respondents. | Case No. 3:00-cv-00101-RCJ-WGC<br><br>**ORDER** |

In this capital habeas corpus action, on October 22, 2020, the Court denied the petitioner, Antonio Lavon Doyle, habeas corpus relief, and judgment was entered accordingly (ECF Nos. 340, 341). On November 19, 2020, Doyle filed a Motion to Alter or Amend Judgment (ECF Nos. 342, 344). After a 47-day extension of time, a 30-day extension of time, and a 14-day extension of time, Respondents were due to respond to that motion by March 4, 2021. *See* Order entered December 1, 2020 (ECF No. 350); Order entered January 26, 2021 (ECF No. 352); Order entered February 19, 2021 (ECF No. 354). On March 1, 2021, Respondents filed a motion for extension of time (ECF No. 355), requesting a further 14-day extension of time, to March 18, 2021. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases, because of her administrative responsibilities and delay caused by the COVID-19 pandemic, and because of an injury that had impacted her ability to complete the response to Doyle's motion. Doyle does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good

faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The motion for extension of time will be granted.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 355) is **GRANTED**. Respondents will have until and including **March 18, 2021**, to respond to Petitioner's Motion to Alter or Amend Judgment (ECF Nos. 342, 344).

DATED THIS 3rd day of March, 2021.

ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE